# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER SINGH,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION FACILITY, et al.,<br><br>                    Respondents. | Case No. 1:26-cv-000675-KES-EPG-HC<br><br>ORDER GRANTING PETITIONER'S<br>MOTION TO CORRECT NAME, DENYING<br>PETITIONER'S REQUEST TO<br>ACCELERATE BRIEFING SCHEDULE,<br>AND DEFERRING RULING ON<br>PETITIONER'S MOTION TO APPOINT<br>COUNSEL<br><br>(ECF Nos. 12, 13) |

Petitioner is an immigration detainee proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On February 12, 2026, Petitioner filed a motion to appoint counsel, a motion to correct name, and a request to accelerate briefing schedule. (ECF Nos. 12, 13.)

Petitioner notifies the Court that his name is Bhupinder Singh and that the Court has misspelled his name as Bhuhinder. The Court will grant the motion to correct Petitioner's name.

Petitioner also requests that the Court to accelerate the briefing schedule and order Respondents to file a response within thirty days rather than sixty days. The Court is aware of Petitioner's pending petition and is awaiting Respondent's response to the petition. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on

those matters that have been pending the longest. Accordingly, the Court will deny Petitioner's request to accelerate the briefing schedule.

Petitioner also moves for appointment of counsel. (ECF No. 12.) The Court denied without prejudice Petitioner's previous motion for appointment of counsel. (ECF Nos. 3, 8.) The Court will defer ruling on Petitioner's second motion to appoint counsel (ECF No. 12) pending further proceedings in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to correct name (ECF No. 13) is GRANTED;

2. Petitioner's request to accelerate briefing schedule (ECF No. 13) is DENIED;

3. The Court defers ruling on the motion to appoint counsel (ECF No. 12) pending further proceedings in this case; and

4. The Clerk of Court is DIRECTED to CORRECT Petitioner's name to Bhupinder Singh.

IT IS SO ORDERED.

Dated:   **February 17, 2026**                    /s/ _Erica P. Grosjean_
                                                 UNITED STATES MAGISTRATE JUDGE