# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER SINGH,<br><br>       Petitioners,<br><br>    v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION FACILITY, et al.,<br><br>       Respondents. | Case No. 1:26-cv-00675-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Per the parties' joint statement (ECF No. 18), the Court HEREBY ORDERS that:

1. Petitioner's amended petition for writ of habeas corpus, and any accompanying motions, shall be filed by April 24, 2026;

2. Respondents' response shall be filed by May 8, 2026; and

3. Petitioner's reply shall be filed by May 22, 2026.

IT IS SO ORDERED.

Dated:   **April 9, 2026**         /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE