# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER SINGH,<br><br>          Petitioners,<br><br>     v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION FACILITY, et al.,<br><br>          Respondents. | Case No. 1:26-cv-00675-KES-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO<br>FILE RESPONSE TO PETITIONER'S<br>MOTION FOR DISCOVERY |

Petitioner has filed a motion for discovery. (ECF No. 20.) The Court HEREBY ORDERS that within **five (5) days** of the date of service of this order, Respondents shall file a response to the motion.

IT IS SO ORDERED.

Dated:   **April 30, 2026**          _____/s/ Erica P. Grosjean_____
                                                    UNITED STATES MAGISTRATE JUDGE